FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN JOE BRUNSON,<br><br>                   Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>                   Respondent. | NO: 4:19-CV-5151-RMP<br><br>ORDER DISMISSING PETITION WITHOUT PREJUDICE |

By Order filed August 5, 2019, the Court advised Petitioner, a prisoner at the Washington State Penitentiary, of the deficiencies of his *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and directed him to amend. Petitioner is proceeding *in forma pauperis;* Respondent has not been served.

On September 5, 2019, Petitioner submitted a letter stating, "Both parties have agreed to end Habeas Corpus, Petition w/o any proceeding," which the Court liberally construes as a Motion to Voluntarily Dismiss Petition under Federal Rule of Civil Procedure 41(a), ECF No. 11.

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 1

Accordingly, **IT IS ORDERED** that Plaintiff's Motion, **ECF No. 11**, is **GRANTED** and the Petition is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Petitioner and close the file.

**DATED** October 29, 2019.

                                         *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                      United States District Judge